**742 O'BRIEN vs. CIRCUIT JUDGE (Alpena), No. 11935½.**

To compel respondent to vacate a judgment rendered against him as surety on an appeal bond.

Order to show cause denied May 5, 1891.

Appeal from justice. Relator contended that appellant did not make the affidavit on appeal and did not sign the bond.

**743 BEALS vs. CIRCUIT JUDGE (Clinton), No. 12623, 91 M., 146.**

To compel respondent to set aside judgments, where two makers were sued upon a joint and several promissory note. One defendant signed a cognovit and judgment was entered against him. The other defendant appeared and pleaded the former recovery, and the court held it a bar. Relator asks for a mandamus to set aside both judgments.

Denied April 7, 1892, without costs.

Held, that the first cognovit might properly be treated as a default as to the defendant signing it, under How. Stat. Sec. 7355; that the plaintiff might properly proceed to trial against the other defendant; that the judgment first taken should stand, and that the Circuit Court would without doubt set aside the last judgment on proper application.